IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00612-RPM

JACOB JORDAN,

      Plaintiff,

v.

JOURNEYMEN PLUMBERS AND GAS FITTERS LOCAL UNION NO. 3 and
DENVER PLUMBERS JOINT APPRENTICESHIP TRAINING COMMITTEE,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **May 8, 2008, at 11:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which

may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper,

shall be submitted directly to chambers by **4:00 p.m. on May 1, 2008.**

      The conference is conducted with counsel only and no parties or representatives of parties will be

permitted to attend.

      Dated:  March 27, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge