UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 08-cv-00612-RPM-CBS

JACOB JORDAN,

        Plaintiff,

vs.

JOURNEYMEN PLUMBERS AND GAS FITTERS LOCAL UNION NO. 3,
DENVER PLUMBERS JOINT APPRENTICESHIP TRAINING COMMITTEE,

Defendants.

___

**ORDER GRANTING DISMISSAL OF DEFENDANT
JOURNEYMEN PLUMBERS AND GAS FITTERS LOCAL UNION NO. 3**
___

      THIS MATTER coming before the Court upon Plaintiff Jacob Jordan and Defendant Journeymen Plumbers and Gas Fitters Local Union No. 3's Stipulation for Dismissal with Prejudice of Defendant Journeymen Plumbers and Gas Fitters Local Union No. 3, and the Court being fully advised in these premises, it is

      ORDERED that all of Plaintiff Jacob Jordan's claims against Defendant Journeymen Plumbers and Gas Fitters Local Union No. 3 are hereby dismissed with prejudice, each of the above parties to pay their own fees and costs. This Order will have no effect on Plaintiff Jacob Jordan's claims against Defendant Denver Plumbers Joint Apprenticeship Training Committee.

      DATED this 23rd day of May, 2008.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge