UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 08-cv-00612-RPM-CBS

JACOB JORDAN,

    Plaintiff,

vs.

DENVER PLUMBERS JOINT APPRENTICESHIP TRAINING COMMITTEE,

    Defendant.

___

## ORDER FOR DISMISSAL WITH PREJUDICE
___

Upon consideration of the Stipulation for Dismissal [24], filed July 9, 2008, it is

ORDERED that all of Plaintiff Jacob Jordan's claims against Defendant Denver Plumbers Joint Apprenticeship Training Committee are hereby dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(ii), each of the above parties to pay their own fees and costs.

DATED this 9th day of July, 2008.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge